# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00222-CV

### In re Arroyo Colorado and Isla Santiago Master Trust

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relators filed their petition for writ of mandamus, amended petition for writ of mandamus, second amended petition for writ of mandamus, and motion for emergency relief, seeking to void any actions taken by the respondent trial court judge after December 3, 2009. *See* Tex. R. App. P. 52.8, 52.10. On April 23, 2010, we denied relators' motion for emergency relief, and now, having reviewed the petitions, relators' record, and the response and supplemental response by the real parties in interest, we deny the second amended petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Waldrop

Filed: April 30, 2010